UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-22937-Civ-COOKE/WHITE
Case No. 89-0362-Cr-Cooke

JOHN GALATOLO,

    Petitioner
vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters. On April 18, 2011, Judge White issued a Report (ECF No. 10) recommending that the Petition for Writ of Error Corum Non Judice (ECF No. 1) be dismissed for lack of jurisdiction. No objections have been filed, and the time for objections has passed.

I have considered Judge White's Report and Recommendation, and have made a *de novo* review of the record. I find Judge White's Report and Recommendation cogent. Accordingly, I **ORDER and ADJUDGE** that Judge White 's Report and Recommendation (ECF No. 10) is **AFFIRMED and ADOPTED**. Consistent with Judge White's Report, the Petition for Writ of Error Corum Non Judice (ECF No. 1) is **DISMISSED** as this Court is without jurisdiction. The Clerk is directed to **CLOSE** this case. All pending motions are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers at Miami, Florida, this 27th day of May 2011.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Patrick A. White, U.S. Magistrate Judge*
*Counsel of Record*

John Galatolo
Reg. No. 49236-079
FCC – Coleman (Low)
P.O. Box 1031
Coleman, Florida 33521